

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Homer Garrison, Jr., Director
Texas Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. O-5478
Re: Whether the Office of De-
fense Transportation has
directed motor carriers
to operate in Texas with
gross loads in excess of
38,000 pounds.

In your letter of July 28, 1943 you asked this department this question:

"Is it punishable, at the present time, as a violation of the State Law for a truck operator to operate trucks or trucks and semi-trailers with a gross load including the vehicle or a combination of vehicles in excess of 40,000 pounds over the highways of the State of Texas?"

By telephone you have informed us that your problem concerns over loading by motor carriers. We shall limit this opinion to such.

V. A. P. C., 827a, Section 5 limits the total gross weight of truck and load to 38,000 pounds. Your difficulty arises from the belief held by some carriers that the Office of Defense Transportation has issued orders which under cer-

Hon. Homer Garrison, Jr., Page 2

tain conditions require. heavier loading and to the belief expressed by a district attorney to you that this department, in Opinions No. 0-5165 and No. 5341, ruled that the State laws must give way to the orders of the O. D. T.

In those opinions we held that the Federal War Power is superior to the State's Police Power, that in case of conflict the former would prevail, that accordingly it would not be punishable under the State law for a carrier to do what the O. D. T. required of him though such actions might conflict with the written provisions of the Texas Highway Law. We were not asked nor did we pass upon the question of whether or not the O. D. T. had adopted a rule requiring motor carriers to operate under conditions outlawed by the Texas Statutes.

The State Statute is clear. The only thing to be determined is whether the O. D. T. by lawful order requires motor carriers to operate with a gross load including vehicle in excess of 38,000 pounds.

We believe that the orders of the O. D. T. manifest an intention not to require a motor carrier to transport in a manner that is proscribed by State statutes and that the constructions placed thereon by its own officials are in accord with this view.

We quote the following excerpts from a letter written by Joseph E. Keller, Consultant on State Barriers in the office of Joseph B. Eastman, Director of the Office of Defense Transportation to J. W. Longley, Chief of the License and Weight Division, Texas Department of Public Safety on August 13, 1942:

"Your letter of July 15, addressed to Director Eastman, has been referred to me. I am enclosing herewith a copy of a press release of Director Eastman's, issued on July 9, in which he announced that all outstanding O.D.T. orders covering truck conservation would be amended so that they would not conflict with any state laws. General Order O.D.T. No.

Hon. Homer Garrison, Jr., Page 3

17, issued on July 14, carries those adjustments into effect.

"The enclosed copy of O. D. T. Order No. 17, Section 501.6 (c), reads as follows:

"'The provisions of this subpart shall not be so construed or applied as to require any common carrier to perform any transportation service, the performance of which by it is not authorized or sanctioned by law or to render any such service beyond its transportation capacity.'"

In General Order No. 3, revised July 13, 1942, we find this provision:

"(c) The provisions of this subpart shall not be so construed or applied as to require any common carrier to perform any transportation service, the performance of which by it is not authorized or sanctioned by law or to render any such service beyond its transportation capacity."

The subpart referred to deals with common carriers of property and the conservation of their motor equipment. In connection with this order on the following day the O.D.T. made a release in which it stated:

"No truck will be required to perform a service which is 'beyond its transportation capacity' or which is not authorized or sanctioned by law."

You are accordingly advised that the State statute prohibiting the weight of a motor vehicle and its load from exceeding 38,000 pounds is still in full force and effect, and that the O. D. T. has not directed motor carriers in Texas to exceed this limit.

Honorable Homer Carrison, Page 4

       We trust that this is fully responsive to your request. If we can be of further service, please call upon us.

APPROVED AUG 4, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

                       Yours very truly

            ATTORNEY GENERAL OF TEXAS

       By

                David W. Heath
                  Assistant

DWH:fo


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN